## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL QUINN
                    Plaintiff,

        v.                                      Civil Action No. 13-2941

EQUIFAX INFORMATION SERVICES, INC.
AND SAFE HOME SECURITY, INC.
                    Defendants.

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant Safe Home Security, Inc. in the above-captioned action.

/s/ BSC5184
BRIAN S. CHACKER, ESQUIRE
GAY CHACKER & MITTIN, P.C.
1731 Spring Garden Street
Philadelphia, PA 19130
(215) 567-7955

**Attorneys for Defendant**

Date:  8/12/13